IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL WESLEY, | : | |
| Plaintiff, | : | 1:13-cv-2226 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| JOHN E. WETZEL, *et al.*, | : | |
| Defendants. | : | |

## ORDER

### July 22, 2016

NOW THEREFORE, upon consideration of the motion (Doc. 158) for summary judgment pursuant to Federal Rule of Civil Procedure 56, filed on behalf of Defendants Baker and Popick, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 158) for summary judgment is GRANTED. The Clerk of Court is directed to ENTER judgment in favor of Defendants Mark Baker and John Popick[1] and against Plaintiff.

2. In accordance with the Court's Memorandum and Order (Doc. 147) of September 30, 2015, the Clerk of Court is directed to ENTER judgment in favor of Defendant Kathryn K. McCarthy.

3. The Clerk of Court is directed to CLOSE this case.

---

[1] Identified on the docket as Defendants "Mr. Baker" and "Alan J. Popick."

4. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

s/ John E. Jones III
John E. Jones III
United States District Judge
